```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

RUTH WILLIS,                  )
     Plaintiff,               )
                              )    C.A. No. 06-12310-MLW
     v.                       )
                              )
SUSAN WILLIS,                 )
     Defendant.               )
```

ORDER

WOLF, D.J.                                       January 2, 2008

The court has considered the December 21, 2007 Motion of Third Party Witness, James Pabian, to Modify a Subpoena (the "Motion") and the December 28, 2007 Opposition of Defendant/Third Party Plaintiff Susan Willis to it.  It is hereby ORDERED that:

1.   The Motion is ALLOWED in part and DENIED in part.

2.   Unless the parties and Mr. Pabian agree to another date on or before January 25, 2008 and so inform the court, Mr. Pabian's deposition shall be conducted on January 9, 2008, and he shall respond to the subpoena for documents on that date.

3.   If Mr. Pabian declines to produce any subpoenaed documents or respond to any questions at his deposition, Susan Willis shall within two weeks thereafter file any motion to compel.

                                  /s/ MARK L. WOLF
                                  UNITED STATES DISTRICT JUDGE