UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUTH WILLIS,<br>    Plaintiff and Defendant in<br>    counterclaim,<br><br>            v.<br><br>SUSAN WILLIS,<br>    Defendant, Plaintiff in<br>    counterclaim and third-party<br>    Plaintiff,<br><br>            v.<br><br>DANA WILLIS,<br>    Third-party Defendant. | C.A. No. 06-12310-MLW |

ORDER

WOLF, D.J.                                              January 31, 2008

With the agreement of the parties at the January 29, 2008 hearing, Susan Willis' motion for an examination of Ruth Willis to determine whether Ruth Willis is physically and mentally capable of participating in this case was allowed. It is, therefore, hereby ORDERED, pursuant to Federal Rule of Civil Procedure 35, that:

1. Dr. Robert Schreiber, Physician-in-Chief, Hebrew Rehabilitation Center, shall conduct the examination of Ruth Willis. Dr. Schreiber's Curriculum Vitae is attached. Any objection to Dr. Schreiber's designation as the Examiner shall be filed by February 7, 2008.

2. John J. Rosenberg, counsel for Ruth Willis, shall provide forthwith to Dr. Schreiber all medical, psychological, and hospital records of Ruth Willis for at least the past two years, including but not limited to the records of Dr. David C. Judge, Massachusetts

General Hospital, the Spaulding Rehabilitation Hospital and the Wingate rehabilitation facility.[1] Mr. Rosenberg shall also provide forthwith to Dr. Rosenberg any releases executed by Ruth Willis that may be necessary for Dr. Schreiber to obtain directly additional records. Mr. Rosenberg shall promptly file and serve a notice of his compliance with this provision of this Order, but not the records provided to Dr. Schreiber.

3. Dr. Schreiber shall examine Ruth Willis on February 21, 2008, between 1:00 and 5:00 p.m., at 280 South Main Street, Andover, Massachusetts. Unless requested by Dr. Schreiber, no other person shall be present for the examination. Dr. Schreiber shall communicate with Mr. Rosenberg by email (jrosenberg@rglawpc.org) or telephone (212-703-4824 (office) or 617-901-0974 (cell)) to make any necessary arrangements.

4. If he deems it to be appropriate, Dr. Schreiber may, in writing, ask the court to appoint a geriatric psychiatrist or other doctor to perform an additional examination of Ruth Willis.

5. As soon as possible after the examination is complete, Dr. Schreiber shall send a report to the court, which the court will provide to the parties under seal. The report shall include Dr. Schreiber's diagnoses, conclusions, and the results of any tests. It shall also include Dr. Schreiber's opinions concerning: (a) whether Ruth Willis is now physically and mentally capable of

---

[1] Dr. Schreiber has informed the court that therapy and nursing notes will be particularly helpful. They shall, therefore, be included in the materials provided to him.

participating in this litigation (including providing deposition and trial testimony); and, if not, (b) whether Ruth Willis is likely to become capable of participating in this litigation in the foreseeable future.

6. Dr. Schreiber shall be compensated at the rate of $200 per hour, which cost shall be shared equally by the three parties to this case.

7. After receiving and distributing the report(s) of Dr. Schreiber and anyone else designated to examine Ruth Willis, a hearing will be scheduled to address the implications of the report(s) for the future of this case.

8. This case is otherwise STAYED.[2]

/s/ Charles P. Wolf<br>
UNITED STATES DISTRICT JUDGE

---

[2] As stated in court on January 29, 2008, after discovery resumes any violation of any Order or Rule, or any action which obstructs a deposition, will be sanctioned seriously.

# CURRICULUM VITAE

Date Revised: 12/11/05

| | |
|---|---|
| Name: | Robert J. Schreiber |
| Office Address: | Hebrew Rehabilitation Center<br>1200 Centre Street, Roslindale, MA 02131 |
| Home Address: | 27 Bartlett Street, Andover, MA 01818 |
| Date of Birth: | August 11, 1957 |
| Place of Birth: | East Orange, NJ |

Education:

| | |
|---|---|
| 1979 | A.B., Cum Laude Dartmouth College, Hanover, NH, |
| 1983 | M.D., Hahnemann Medical College, Philadelphia, PA |

Postdoctoral Training:

Internships and Residencies:

| | |
|---|---|
| 1983-1984 | Intern in Internal Medicine, Danbury Hospital |
| 1984-1986 | Resident in Internal Medicine, Danbury, Hospital |

Licensure and Certification:

| | |
|---|---|
| 1996 | Massachusetts License |
| 1984-1996 | Connecticut License |
| 1986 | Certified, American Board of Internal Medicine |
| 1992, 2002 | Added Qualifications in Geriatric Medicine, American Board of Internal Medicine |
| 1999 | Certified Medical Director, Long Term Care |

Academic Appointments:

| | |
|---|---|
| 1989-1996 | Instructor, Outpatient, Primary Care/Internal Medicine, Danbury Hospital, Danbury, CT |
| 1988-1996 | Attending Instructor, Inpatient, Internal Medicine Residents, Yale School of Medicine, New Haven, CT |

|  |  |
|---|---|
| 1991-1994 | Instructor, Primary Care/Internal Medicine Medical Students, University of Connecticut Medical School, Farmington, CT |
| 1996 – present | Clinical Instructor in Medicine, Harvard Medical School, Boston, MA |
| 2000 – 2004 | Assistant Clinical Professor, Tufts Medical School, Boston, MA |

Hospital and Health Care Organization Clinical Appointments:

|  |  |
|---|---|
| 1986-1987 | Staff Physician, Danbury Immediate Medical Care, Danbury, CT |
| 1986-1995 | Staff Physician, Danbury Geriatric Center, Danbury, CT |
| 1987-1989 | Assistant Medical Director, Primary Care Center, Danbury, CT |
| 1988-1992 | Advisory Physician, Heritage Nursing Home |
| 1989-1995 | Advisory Physician and Chairman, Danbury VNA, Danbury, CT |
| 1989-1995 | Medical Director, Primary Care Center, Danbury, CT |
| 1996-1998 | Director of Clinical Operations, General Internal Medicine, Lahey Clinic, Burlington, MA |
| 1997-2004 | Medical Director, Sutton Hill Nursing Home, Andover, MA |
| 1998-2003 | Medical Director of Geriatric Services, Lahey Clinic, Burlington, MA |
| 1998-2004 | Lahey Network Post-Acute Medical Director, Burlington, MA |
| 1998-2004 | Medical Director, Woodbriar Nursing and Rehabilitation Center, Wilmington, MA |
| 1999-present | Associate Medical Director, Evercare of Massachusetts |
| 2001-2004 | Medical Director, High-Risk Managed Care Commercial/Senior Population Program, Lahey Clinic, Burlington, MA |
| 2002-2004 | Medical Director of Internal Medicine/Geriatrics, Lahey Clinic, Burlington, MA |
| 2003-2004 | Chairman, Department of Geriatrics, Lahey Clinic, Burlington, MA |
| 2004 - | Physician-in-Chief, Hebrew Rehabilitation Center for Aged, Boston, MA |

Professional Society Involvement:

American Medical Association
American Geriatrics Society
American Medical Directors Association


Major Committee Assignments:

|  |  |
|---|---|
| 1990-1995 | Physician Health Services, Trumball, CT |
| 1991-1995 | - Heritage Individual Practice Association, Danbury, CT |
|  | - Chairman Utilization Review |
|  | - Member Quality Assurance |
| 1991-1995 | Connecticut Peer Review Organization (Physician Review of Quality Issues) |
| 1994-1995 | Board of Directors, PHO |

2

|               |                                                                            |
|---------------|----------------------------------------------------------------------------|
|               | - Chairman, Board of Directors                                             |
|               | - Healthcare Partners, Inc.                                                |
| 2000-present  | HMO Task Force on Care Management, Robert Wood Johnson Foundation          |
| 2001-2003     | American Medical Directors Association                                     |
|   2001-2003   | - Vice President Massachusetts Chapter                                     |
|   2003 – 2005 | - President Massachusetts Chapter                                          |
| 2001-present  | American Geriatrics Society                                                |
|   2003 to 2007 | - Health Systems Member                                                   |
|               | - Co-Chair of Special Interest Group of Health Care Systems                |
|   2003-2006   | - Chairman, Professional Management Advisory Group                         |
|   2006 to Present | - AGS Representative to the American College of Physicians Subspecialty Advisory Group on Socioeconomic Affairs |
|   2007 to Present | - Chairman, Professional Advisory Editorial Board                      |
|   2007 to Present | - Member of Health Economics and Information Technology Committee      |
| 2004 to Present | Hebrew SeniorLife                                                        |
|   2004 to present | -Investigational Review Board Member                                   |
|   2004 to Present | -Cochairperson of Medical Care Review Committee                        |
|   2004 to present | -Cochairman of Pharmacy and Therapeutics Committee                     |
|   2004 to Present | -Member of the Patient Care Assessment Committee                       |
|   2005 to Present | -Member of Hebrew Rehabilitation Center Board of Trustees              |
|   2005 to Present | -Staff member of HSL Board of Trustees                                 |
| 2006 to Present | Beth Israel Deaconess Medical Center                                     |
|               | -Invited Standing Advisor of the Medical Executive Committee                |
|               | - Geriatric Steering Committee                                              |
| 2006 to Present | Board of Registration of Medicine                                        |
|               | Expert Credentialing Panel                                                  |
| 2007 to Present | Geriatric Academic Career Award reviewer for HRSA                        |

## Research Positions

2007 to Present    Advisory Panel, Sustaining Vitality and Effectiveness in Nursing Homes (SAVE Program)
2006 to present   Chairman, Data Safety and Management Board for the Sharp Study: Donepezil-enhanced Management of Delirium in Aged Hip Fracture Patients

## Awards

2002 US News World Report Top 50 Geriatrics Programs in the Country
2003    US New World Report Top 50 Geriatrics Programs in the Country
2006 Outstanding Committee Service Award for American Geriatric Society
2007 Outstanding Committee Service Award for American Geriatric Society

## Publications

3

Patterson, J.A. MD, Arlene Bierman MD, Mark Splaine MD, Sarah Goodlin MD, Robert J. Schreiber MD and John Wasson MD, "The Population of People Age 80 and Older: A Sentinel Group for Understanding the Future of Health Care in the United Stated", J Ambulatory Care Management, 1998; 21(3): 10-16

HMO Workgroup on Care Management, "Improving the Care of Older Adults with Common Geriatric Conditions", AAHP Foundation, Washington, DC, February 2002.

HMO Workgroup on Care Management, "One Patient, Many Places:Managing Health Care Transitions", AAHP Foundation, Washington, DC, February 2004

Healthy Eating for Successful Living for Older Adults Toolkit, www.healthagingprograms.com

### Research
Wellness for Seniors Collaborative, September 2001 to present, funded by the Robert Wise Foundation and Harvard Pilgrim Health Foundation **$60,000.**

Promoting Vital Aging through Teamwork between Community Organizations and Health Care Providers, March 2001 to August 2004, Nutritional Intervention for Community Based Organizations, Team Leader-Boston Region, funded by the John A. Hartford Foundation through the National Council on Aging    **$150,000**

Healthy Eating for Successful Living Nutrition Intervention Study, September 2006 and ongoing, Men's Associates and Women's Auxiliary at Hebrew SeniorLife, **$100,000.**

AoA Grant for Empowering Older People to Take More Control of their Health Through Evidence-Based Prevention Programs July 2007 to June 2010  **$215,000.**

4