UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RUTH WILLIS,<br>    Plaintiff and Defendant in<br>    Counterclaim,<br><br>v.<br><br>SUSAN WILLIS,<br>    Defendant, Plaintiff in Counterclaim<br>    and Third-Party Plaintiff,<br><br>v.<br><br>DANA WILLIS,<br>    Third-Party Defendant. | CIVIL ACTION NO.<br>06-12310-MLW |

## SECOND JOINT STATUS REPORT
## CONCERNING SETTLEMENT

Pursuant to the Court's Electronic Order dated March 9, 2010, the parties hereby report that they have engaged in further settlement discussions, but have not reached a resolution of the case, and intend to continue their discussions.

| | |
|---|---|
| Respectfully submitted,<br>The Defendant, Plaintiff in Counterclaim,<br>RUTH WILLIS,<br>By her attorneys,<br><br>/s/ William J. Fidurko<br>William J. Fidurko (BBO# 567064)<br>ZIZIK, POWERS, O'CONNELL,<br>SPAULDING & LAMONTAGNE, P.C.<br>690 Canton Street, Suite 306<br>Westwood, MA 0209<br>(781) 320-5461 | The Defendant, Plaintiff in Counterclaim,<br>and Third-Party Plaintiff,<br>SUSAN WILLIS,<br>By her attorneys,<br><br>/s/ Timothy N. Schofield<br>Timothy N. Schofield (BBO 645179)<br>SCHOFIELD, CAMPBELL, &<br>CONNOLLY, LLC<br>6 Beacon Street, Suite 815<br>Boston, MA 02108<br>(617) 557-4545 |

/s/ John J. Rosenberg
ROSENBERG & GIGER, P.C.
488 Madison Avenue
New York, NY 10022
(212) 705-4824

The Third-Party Defendant,
DANA WILLIS,
By his attorneys,

/s/ Marjorie Sommer Cooke
Marjorie Sommer Cooke (BBO#097800)
Paula M. Bagger (BBO# 547703)
COOKE, CLANCY & GRUENTHAL, LLP
265 Franklin Street
Boston, MA 02110
(617) 428-6800

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 30th day of March, 2010.

/s/ William J. Fidurko
William J. Fidurko (BBO# 567064)